UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KAREN WHITE-GOYZUETA,

    Plaintiff,

v.

IVY TECH COMMUNITY COLLEGE OF INDIANA,

    Defendant.

CAUSE NO. 3:23cv591 DRL-SJF

## ORDER

Ivy Tech filed a summary judgment motion on January 31, 2025. Dr. White-Goyzueta moves for more time to file a response. The local rules permit her 28 days, N.D. Ind. L.R. 56-1(b), and she asks for an additional 42 days (up to April 11, 2025), or, alternately, another 21 days (up to March 21, 2025). Ivy Tech objects to a 42-day extension unless the trial date is reset, but not to 21 days more.

This case has a noteworthy history with deadlines and the various headwinds that impact them. The court scheduled a 3-day jury trial to begin on July 23, 2025. Fact discovery concluded on August 1, 2024, but the court granted the parties leave until November 7, 2024 to conduct the deposition of Dr. Tia Robinson-Cooper, a purported key witness who was apparently neither identified nor disclosed until after fact discovery concluded. This new deadline was again extended once to December 3, 2024 and twice (after a last-minute non-party motion to quash) to December 19, 2024 to account for Dr. Robinson-Cooper's narrow availability. With each of these extensions, the court likewise pushed back the dispositive

motions deadline, squeezing the time the court would have to decide any dispositive motion, respecting the scheduled trial.

The court may extend a deadline for good cause on motion made before time expires. Fed. R. Civ. P. 6(b)(1). Dr. White-Goyzueta says her counsel needs more time because he has responses to summary judgment motions in other cases due on February 28 and March 5, 2025, and has a scheduled family vacation March 22 to March 29, 2025 [51 ¶ 2-4]. For a solo practitioner with no support staff [42-1 ¶ 7], such a workload can constitute good cause. The court will extend the deadline 21 days to March 21, 2025.

As it stands, with a final pretrial conference set for July 7, 2025, the parties earliest trial deadlines are already fast approaching: they are currently expected to exchange witnesses, exhibits, and contentions 28 days before then on June 9, 2025 [34]. The time allotted for the dispositive motion to become ripe and for the court to rule has been significantly truncated. The court generally keeps a scheduled trial date but, if neither party objects and given the shortened time to decide the dispositive motion, recognizes the wisdom of postponing the trial, even if relunctantly.

For these reasons, the court GRANTS IN PART and DENIES IN PART the motion [51], EXTENDS Dr. White-Goyzueta's deadline to respond to the summary judgment motion to March 21, 2025, with any reply from Ivy Tech due April 4, 2025, and RESETS the 3-day jury trial to commence on August 26, 2025, with a final pretrial conference on August 11, 2025 at 1:30 p.m. All other deadlines remain in accordance with the court's pretrial order, with the proposed pretrial order now to be filed by July 28, 2025. The court does not expect to entertain additional motions to extend absent extraordinary reasons, and good cause will not suffice.

SO ORDERED.

February 26, 2025                    *s/ Damon R. Leichty*
                                     Judge, United States District Court

3